# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jimmy Lee Harris,

        Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                          1:09cv291

Scott Huskin et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/04/2009 Order.

                                             FRANK G. JOHNS, CLERK

August 4, 2009

                                          BY: _____ s/Tammy H. Hightower _____
                                              Tammy Hightower, Deputy Clerk